UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY ELIAS NAZZAL,<br><br>              Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. 3:25-cv-05748-TMC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on review of the record.

On August 22, 2025, Plaintiff Tony Elias Nazzal filed this action. Dkt. 1. To date, he has not shown evidence of service of summons on the Defendant.

Federal Rule of Civil Procedure 4(i)(2) governs service of process on U.S. government agencies and provides that "[t]o serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and complaint by registered or certified mail to the agency, corporation, officer, or employee." To serve the United States, a party must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates

ORDER TO SHOW CAUSE - 1

in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

Under Federal Rule of Civil Procedure 4, "[t]he plaintiff is responsible for having the summons and complaint served within" 90 days of filing the complaint. Fed. R. Civ. P. 4(c)(1); *see also* Local Rules W.D. Wash. LCR 4. If service is not completed within 90 days of filing the complaint, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiffs must provide proof of service to the Court: "[u]nless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." Fed. R. Civ. P. 4(*l*)(1). "Failure to prove service does not affect the validity of service. The court may permit proof of service to be amended." Fed. R. Civ. P. 4(*l*)(3).

Over 90 days have passed since Mr. Nazzal filed his complaint. *See* Dkt. 1. Mr. Nazzal has not provided proof of service to either the Social Security Administration or the United States. Accordingly, the Court ORDERS that by January 21, 2026, Mr. Nazzal must show cause as to why he has not completed service. If Mr. Nazzal has not done so by the January 21 deadline, the Court will dismiss the complaint without prejudice. As a plaintiff proceeding *in*

ORDER TO SHOW CAUSE - 2

*forma pauperis*, Mr. Nazzal may also request the Court's assistance with service under Federal Rule of Civil Procedure 4(c)(3).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of January, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 3